IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOURDES LLARENA,

       Plaintiff,

vs.                                               4:06CV102-WS/AK

WILLIAM SHERRILL, et al,

       Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, proceeding *pro se*, has filed a complaint asserting indecipherable claims against a number of judges, Greyhound Bus Lines, Janet Reno, Senator Hatch, and others. (Doc. 1). She has neither paid the filing fee nor submitted a motion for leave to proceed in forma pauperis. Ms. Llarena is a familiar litigant in this Court, as evidenced by the attached list of cases she has filed in this district. (Exhibit A). As recited in the Report and Recommendations filed in Case No. 4:04CV3-RH/WCS (doc. 7), she is also a frequent filer in other courts across the nation. (Exhibit B). As with her other cases, this action should be summarily dismissed pursuant to Neitzke v. Williams,

490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989) and Fed. R. Civ. P. 12(b)(6).

The Supreme Court in <u>Neitzke v. Williams</u>, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989) recognized two types of cases which may be dismissed, *sua sponte*.  In the first class are "claim(s) based on an indisputably meritless legal theory," and in the second class are "those claims whose factual contentions are clearly baseless."  *Id.*  Within the former are those cases in which it is either readily apparent that a complaint lacks an arguable basis in law or that defendants are clearly entitled to immunity from suit.  Within the latter are those cases describing scenarios clearly removed from reality.  <u>Sultenfuss v. Snow</u>, 894 F.2d 1277 (11th Cir. 1990)(citing <u>Neitzke</u>).  This case is wholly indecipherable and appears to fit both such categories such that *sua sponte* dismissal is appropriate.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's complaint (doc. 1) be **DISMISSED,** without service as frivolous and for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Gainesville, Florida, this **12th** day of April, 2006.

s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and

**recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**