IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LOURDES LLARENA,

        Plaintiff,

v.                                                 4:06cv102-WS

WILLIAM SHERRILL, et al.,

        Defendants.

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 4) docketed April 12, 2006. The magistrate judge recommends that the plaintiff's complaint be dismissed as frivolous and for failure to state a claim upon which relief may be granted. The plaintiff has filed no objections to the report and recommendation.

Having considered the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2. The complaint, and this action, are hereby DISMISSED without service as frivolous and for failure to state a claim.

4. The clerk shall enter judgment accordingly.

DONE AND ORDERED this May 15, 2006.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE